# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | | |
|---|---|---|
| GLORIA WILLIAMS, | ) | 1: 12-cv-00439-AWI-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION |
| v. | ) | TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| CITY OF FRESNO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On March 22, 2012, plaintiff Gloria Williams ("Plaintiff"), filed an application to proceed in forma pauperis. (Doc. 2.) Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.

IT IS SO ORDERED.

**Dated:   March 26, 2012**           **/s/ Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE

1