1

2

3

4

5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

6    LUIS SANCHEZ,                                    CASE NO. 1:12-cv-00428-LJO-SKO

7                                                     **Related Cases**:
                        Plaintiff,                    No. 1:12-cv-00429-LJO-SKO
8                                                     No. 1:12-cv-00430-LJO-SKO
          v.                                          No. 1:12-cv-00431-LJO-SKO
9                                                     No. 1:12-cv-00432-LJO-SKO
                                                      No. 1:12-cv-00434-LJO-SKO
10   CITY OF FRESNO, et al.,                          No. 1:12-cv-00436-LJO-SKO
                                                      No. 1:12-cv-00439-LJO-SKO
11                                                    No. 1:12-cv-00448-LJO-SKO
                                                      No. 1:12-cv-00528-LJO-SKO
12                      Defendants.

13                                                    **ORDER SETTING CONFERENCE TO
                                                      COORDINATE PRETRIAL
14                                                    PROCEEDINGS**

15   _____/

16

17        On May 30, 2012, the district court issued an order relating this case to nine other cases, all

18   of which are now assigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge

19   Sheila K. Oberto:

20        (1)    *Deen, et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO

21        (2)    *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO

22        (3)    *Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO

23        (4)    *Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO

24        (5)    *Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO

25        (6)    *Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO

26        (7)    *Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO

27        (8)    *Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO

28        (9)    *Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO

1    (*Sanchez v. City of Fresno, et al.*, Case No. 1:12-cv-00428-LJO, SKO, Doc. 11.)  This case, No.

2    1:12-cv-00428-LJO-SKO, is designated as the "lead" case.  District Judge O'Neill referred

3    coordination of the pretrial proceedings in all of the cases to the undersigned.

4          To address coordination of motion practice and discovery in each of these cases, the parties

5    shall appear for a conference, either telephonically or in person, **on June 20, 2012, at 10:00 a.m.,**

6    **in Courtroom 7 before Magistrate Judge Sheila K. Oberto**.  To facilitate coordination of the

7    pretrial proceedings, the parties shall submit a joint report that indicates the status of each case, i.e.,

8    whether service of the complaint has been completed, and proposes coordinated deadlines for law

9    and motion and the completion of discovery.  The parties should also address any other issues

10   necessary to coordinate the pretrial proceedings.  The parties' joint proposal shall be filed **on or**

11   **before June 13, 2012.**  All parties wishing to appear telephonically should coordinate one

12   conference call to the Court at (559) 499-5790 at the time of the conference.

13         Accordingly, IT IS HEREBY ORDERED that:

14         1.    A conference to coordinate all pretrial proceedings is set for June 20, 2012, at 10:00

15               a.m. in Courtroom 7; and

16         2.    A joint proposal as to how the pretrial proceedings should be coordinated, including

17               proposed deadlines for discovery and law and motion, shall be filed on or before June

18               13, 2012.

19

20   IT IS SO ORDERED.

21   **Dated:    June 5, 2012**                          /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

2